UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACQUELYN LEVIN,

    Plaintiff,

CASE NO.: 2:16-cv-149-FtM-99MRM

vs.

KINGDOM ANIMALIA, LLC d/b/a
HOURGLASS COSMETICS, a foreign corporation,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jacquelyn Levin, and Defendant, Kingdom Animalia, LLC d/b/a Hourglass Cosmetics, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of the above-captioned action, each party to bear her/its own attorneys' fees and costs, except as stated in the parties' settlement agreement.

DATED this 23rd day of August 2016.

| | |
|---|---|
| s/ Bradley P. Rothman | s/ Ronald H. Trybus |
| Bradley P. Rothman, Esq. | Ronald H. Trybus |
| Florida Bar No. 0677345 | Florida Bar No.: 367958 |
| brothman@weldonrothman.com | rtrybus@kasslaw.com |
| WELDON & ROTHMAN, PL | KASS SHULER, P.A. |
| 7935 Airport-Pulling Road N. Suite 205 | 1505 N. Florida Ave. |
| Naples, Florida 34109 | Tampa, FL 33602 |
| Tel: (239) 262-2141 | Tel: 813-229-0900 |
| Fax: (239) 262-2342 | Fax: 813-229-3323 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |