UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACQUELYN LEVIN,

      Plaintiff,

v.                        Case No: 2:16-cv-149-FtM-99MRM

KINGDOM ANIMALIA, LLC,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #20) filed on August 23, 2016. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation.  Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

      **DONE and ORDERED** at Fort Myers, Florida, this   23rd   day of August, 2016.

                              _____
                              JOHN E. STEELE
                              SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record